1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   JERRY D. ELKINS,                    Case No. CV 22-02521 RGK (RAO)
12                  Petitioner,
13          v.                           JUDGMENT
14   WARDEN NANCY McKINNEY,
15                  Respondent.
16

17          IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed

18   without prejudice for the reasons set forth in the related Order Summarily Dismissing

19   Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate

20   of Appealability.

21

22   DATED:  June 2, 2022

23                                       _____
24                                       R. GARY KLAUSNER
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28